# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:09-cv-00044-MR

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS LEE ADAMS )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Continue Supervised Release Violation Hearing and Motion for Detention Hearing [Doc. 53]. The Government does not oppose the Motion.

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Continue Supervised Release Violation Hearing and Motion for Detention Hearing [Doc. 53] is **GRANTED**, and the Defendant's final revocation hearing is hereby **CONTINUED** from its current setting of August 4, 2016. The parties will be notified at a later time of the date of the rescheduled hearing. The Clerk is directed to set a detention hearing before the Magistrate Judge to determine whether conditions of release can be formulated that may allow the Defendant to obtain the treatment sought.

**S**O **ORDERED.**

Signed: July 26, 2016

Martin Reidinger
United States District Judge